STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. MAE MIDDLETON, PLAINTIFF IN ERROR.

Submitted May 26, 1928—Decided October 15, 1928.

For the defendant in error, *George M. Hillman.*

For the plaintiff in error, *Robert Peacock.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—TRENCHARD, PARKER, MINTURN, KALISCH, KATZENBACH, CAMPBELL, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.